COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-327-CR

 

EX PARTE

 

DIANNA
SAUNDERS

 

                                               ----------

              FROM THE 43RD DISTRICT
COURT OF PARKER COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered appellant=s AMotion
To Dismiss.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P.42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P.
42.2(a), 43.2(f).

PER CURIAM

 

PANEL: 
CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: 
October 8, 2009











[1]See Tex. R. App. P. 47.4.